

**KoonsFuller**

*Family Law*

1717 McKinney Ave., Suite 1500, Dallas, Texas 75202 (214) 871-2727
5700 West Plano Parkway, Suite 2200, Plano, Texas 75093 (972) 769-2727
181 Grand Avenue, Suite 225, Southlake, Texas 76092 (817) 481-2710
320 W. Eagle Drive, Suite 200, Denton, Texas 76201 (940) 442-6677
109 North Post Oak Lane, Suite 425, Houston, Texas 77024 (713) 789-5112

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

FEB - 6 2015

CHRISTOPHER A. PRINE
CLERK

February 3, 2015

First Court of Appeals
Christopher A. Prine, Clerk
301 Fannin Street
Houston, TX 77002-2066

*Via First Class U.S. Mail*

RE:  **Case No. 01-14-00951-CV;** *Shannon L. Cowen v. Samuel Cowen*

**Cause Number 2013-43776;** *In the Interest of Kacie Joy Cowen and Savannah Sky Cowen, Children;* **In the 309th Judicial District Court of Harris County, Texas**

Dear Mr. Prine:

Please update your records to reflect Sherri A. Evans's correct contact information as stated below:

Sherri A. Evans
KoonsFuller, P.C.
109 N. Post Oak Lane, Ste. 425
Houston, TX 77024
Tel: 713-789-5112
Fax: 713-789-5112
Email: sevans@koonsfuller.com
E-service: houstonservice@koonsfuller.com

Thank you for your attention to these matters. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Paula A. Martinez
Paralegal for the Firm

/pam

15784.w

US POSTAGE
$ 00.48
First-Class

02/04/2015
032A 0061813341

**KoonsFuller**
*Family Law*

109 North Post Oak Lane  Suite 425  Houston, Texas 77024

TX 773
04 FEB '15
PM 2 L

Christopher A. Prine
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2006

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 6 2015

CHRISTOPHER A. PRINE
CLERK

77002206699